IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DIONNTEZ BYNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:19cv432-MHT |
| ) | (WO) |
| JEFF DUNN, et al., ) | |
| ) | |
| Defendants. ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state inmate, filed this lawsuit contending that he was stabbed repeatedly by another inmate, resulting in life-threatening injuries, due to the defendant correctional officers' and officials' deliberately indifferent failure to protect him from a serious risk of violence and the defendant officers' failure to intervene in the attack. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendants' motion for summary judgment be granted. There are no objections to the recommendation. After an independent and de novo

review of the record, the court concludes that the magistrate judge's recommendation should be adopted, as plaintiff has failed to put forward sufficient evidence as to each required element of his claims for a reasonable factfinder to find in his favor.

An appropriate judgment will be entered.

DONE, this the 15th day of August, 2022.

                                       /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**